# NOS. 12-24-00147-CR
# 12-24-00148-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *HECTOR MANUEL TORRES,* | § | *ORIGINAL PROCEEDING* |
| | § | |
| *RELATOR* | | |

## MEMORANDUM OPINION
## PER CURIAM

Hector Manuel Torres, acting pro se, filed this original proceeding to complain of Respondent's failure to rule on his motion to set aside conviction.[1]  On March 1, 2024, Respondent signed an order denying Relator's motion. Because Respondent ruled on Relator's motion, Relator received the relief requested and this complaint is now moot.  *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) (there is nothing to mandamus when relief sought has become moot); *see also In re Hays*, No. 12-19-00413-CR, 2019 WL 7987970, at *1 (Tex. App.—Tyler Feb. 19, 2019, orig. proceeding) (per curiam) (mem. op., not designated for publication) (dismissing as moot mandamus proceeding challenging failure to rule on motion for judgment nunc pro tunc because respondent ruled on motion); *In re Andrews*, No. 12-19-00015-CR, 2019 WL 210815, at *1 (Tex. App.—Tyler Jan. 16, 2019, orig. proceeding) (per curiam) (mem. op., not designated for publication) (mandamus proceeding

---

[1] Respondent is the Honorable Austin R. Jackson, Judge of the 114th District Court in Smith County, Texas.  The State of Texas is the Real Party in Interest.

challenging failure to rule on motion to compel dismissed as moot where respondent ruled on motion). Accordingly, we ***dismiss*** the petition for writ of mandamus as ***moot***. All pending motions are ***overruled as moot***.

Opinion delivered June 7, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 7, 2024**

**NO. 12-24-00147-CR**

**HECTOR MANUEL TORRES,**
Relator
V.

**HON. JUDGE AUSTIN R. JACKSON,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Hector Manuel Torres; who is the relator in appellate cause number 12-24-00147-CR and the defendant in trial court cause number 241-0574-02, formerly pending on the docket of the 114th Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on May 15, 2024, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 7, 2024**

**NO. 12-24-00148-CR**

**HECTOR MANUEL TORRES,**
Relator
V.

**HON. JUDGE AUSTIN R. JACKSON,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Hector Manuel Torres; who is the relator in appellate cause number 12-24-00148-CR and the defendant in trial court cause number 241-0575-02, formerly pending on the docket of the 114th Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on May 15, 2024, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*